IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 09-398-1 |
| | : | |
| v. | : | CIVIL ACTION No. 12-6425 |
| | : | |
| JUSTIN LELAND POOLER | : | |

## **ORDER**

AND NOW, this 27th day of May, 2014, upon review of Defendant Justin Leland Pooler's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and the record of prior proceedings in the above-captioned criminal case, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the motion (Documents 84 & 86) is DENIED. Pooler having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

The Clerk of Court is directed to mark both of the above-captioned actions CLOSED.

BY THE COURT:

_____/s/ Juan R. Sánchez_____
Juan R. Sánchez